AO91 (Rev. 12/03)   Criminal Complaint                                                     AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**

**vs.**

**CRIMINAL COMPLAINT**

Yasin ARAFAT
 A201 526 344  Bangladesh

Case Number:  1:19-po-413

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about _____January 10, 2019_____  in _____Cameron_____ County, in

the _____Southern District Of Texas_____ defendant(s)

being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than
designated by an Immigration Officer,

in violation of Title _____8_____  United States Code, Section(s) _____1325(a)(1)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the

following facts:
The defendant was apprehended in Brownsville, Texas on January 10, 2019. The defendant is a citizen of Bangladesh who
entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on January 10, 2019 thus
avoiding immigration inspection.

The defendant had no funds in his possession at the time of his arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND
CORRECT.

Continued on the attached sheet and made a part of this complaint:      ☐ Yes      ☒ No

/S/  Peterson, Clayton E.  Border Patrol Agent
Signature of Complainant

Peterson, Clayton E.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 12, 2019
Date

at      Brownsville, Texas
City/State

Ronald Morgan                        U.S. Magistrate Judge
Name of Judge                        Title of Judge

Signature of Judge